UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN C. TERRY,

    Petitioner,

 v.

WILLIAM L. MUNIZ, Warden,

    Respondent.

No. C 15-2810 MEJ (PR)

**JUDGMENT**

    This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus after he exhausts state court remedies as to each claim contained in his new petition.

    IT IS SO ORDERED AND ADJUDGED.

DATED: July 2, 2015

Maria-Elena James
United States Magistrate Judge